IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JASON NEWBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>CINDY McGILLIS-HINER; CONNIE WINNER; DR. REES; DR. HURST; WARDEN LYNN GUYER; REGINALD MICHAEL; and MELISSA SCHARF,<br><br>Defendants. | Cause No. CV 19-50-H-DLC<br><br><br>ORDER |

On September 8, 2021, this Court entered judgment on all claims in Defendants' favor. On September 27, 2021, Newberry submitted a "motion to object" (Doc. 189). Construing it as a motion under Federal Rules of Civil Procedure 59(e) and 60(b), the Court denied it on October 14, 2021 (Doc. 190).

Repeating the arguments made in his previous motion to reconsider, Newberry now seeks reconsideration of the Order denying his motion to reconsider. *See* "Objection" (Doc. 191) at 1–3. The Court sees no reason to continue on this path.

1

Accordingly, IT IS ORDERED that Newberry's motion (Doc. 191) is DENIED.  The Court CERTIFIES that any appeal from this disposition would not be taken in good faith.

DATED this 27th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court